1
2
3
4
5
6

UNITED STATES DISTRICT COURT

7

SOUTHERN DISTRICT OF CALIFORNIA

8
9

UNITED STATES OF AMERICA,

Case No.: 22-cr-2555-JO

10

Plaintiff,

**ORDER CONTINUING MOTION HEARING/TRIAL SETTING**

11

v.

12

ANGEL ISAI SOTELO-MOLINA,

13

Defendant.

14
15

On January 17, 2023, the parties filed a Joint Motion to Continue the Motion

16

Hearing/Trial Setting currently set for January 20, 2023 to March 3, 2023. For good cause

17

appearing, the Court GRANTS the joint motion to continue [Dkt. 23] and sets the Motion

18

Hearing/Trial Setting on March 3, 2023 at 10:30 a.m.

19

For the reasons set forth in the joint motion, the Court finds that the ends of justice

20

will be served by granting the requested continuance, and these outweigh the interests of

21

the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this

22

continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

23

//

24

//

25

//

26

//

27

//

28

//

1    Further, on November 18, 2022, the Defendant filed a pretrial motion that remains

2  pending.  Accordingly, the Court finds that time from November 18, 2022 to March 3,

3  2023 shall be excluded under the Speedy Trial Act on grounds that a pretrial motion is

4  pending.  18 U.S.C. § 3161(h)(1)(D).

5    IT IS SO ORDERED.

6  Dated: _____          _____

7                                      Hon. Jinsook Ohta
                                       UNITED STATES DISTRICT JUDGE
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

22-cr-2555-JO